Submitted on record and briefs March 11, judgment for restitution vacated; otherwise affirmed March 31, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHN MARK STONE,
aka John Mark Vasas,
*Appellant.*

(C91-12-36516; CA A74222)

848 P2d 149

Sally L. Avera, Public Defender, and Diane L. Alessi, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant pled guilty to unauthorized use of a vehicle. ORS 164.135. As part of the sentence, the court required him to pay restitution to the victim for property that was in the vehicle. Defendant argues, and the state concedes, that defendant only admitted to unauthorized use of the vehicle, and not to theft of the property in it. He was in possession of the car about three weeks after it was reported stolen. The property was not in the vehicle at that time. We accept the state's concession. The court did not have authority to order restitution for the property. ORS 137.106(1); *State v. Potter*, 103 Or App 463, 798 P2d 690 (1990).

Judgment for restitution of $968 vacated; otherwise affirmed.